UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ROSA LOZANO,**

    Plaintiff,

v.                                                         No. 4:21-CV-01365-P

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

    Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

    This is an action seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff Rosa Lozano's application for disability insurance benefits under Title II and supplemental security income under Title XVI of the Social Security Act. *See* ECF No. 1. This action was referred to the United States Magistrate Judge Jeffrey L. Cureton, for submission to this Court of findings, conclusions, and recommendations ("FCRs") pursuant to 28 U.S.C. § 636(b)(1)(B). On March 2, 2023, Judge Cureton submitted Findings and Conclusions and recommended that the Court vacate the Commissioner's decision and remand to the agency for further proceedings. *See* ECF No. 18. No objections were filed, and the Magistrate Judge's FCR is ripe for review. The undersigned reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct. The Court thus **ACCEPTS** the Magistrate Judge's Findings and Conclusions as its own. Accordingly, the Court **VACATES** the final decision of the Commissioner and **REMANDS** to the agency for further proceedings.

    **SO ORDERED** on this **23rd day of March 2023.**

                                                 Mark T. Pittman
                                                 UNITED STATES DISTRICT JUDGE